IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Walter R. Karpinia,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**American Association of Medical Colleges,** *et al.***,**<br><br>　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 14-cv-00349-CKK**<br>)<br>)<br>)<br>)<br>) |

### MOTION TO DISMISS BY THE
### ASSOCIATION OF AMERICAN MEDICAL COLLEGES

Pursuant to Fed. R. Civ. P. 8 and 12(b)(6) and LCvR 7, defendant Association of American Medical Colleges ("AAMC") [1] moves to dismiss all claims asserted against it by plaintiff Walter R. Karpinia. The grounds for this motion are set out in the accompanying Statement of Points and Authorities. A proposed order is also submitted herewith.

WHEREFORE, AAMC respectfully requests that the Court dismiss with prejudice all claims asserted against AAMC by plaintiff Walter Karpinia and award AAMC such other and further relief as the Court deems proper.

---

[1] AAMC is incorrectly identified as the "American Association of Medical Colleges" in plaintiff's complaint.

- 2 -

Dated: May 23, 2014                                          Respectfully submitted,

/s/ Robert A. Burgoyne
Robert A. Burgoyne
D.C. Bar No.  366757
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue, NW
Washington, D.C.  20004-2623
Telephone:     (202) 662-0200
Facsimile:      (202) 662-4643

Attorneys for Defendant
Association of American Medical Colleges