IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Walter R. Karpinia,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 14-cv-00349-CKK |
| **American Association of Medical Colleges,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) ) |

## [PROPOSED] ORDER

This matter is before the Court on the motion of Association of American Medical Colleges ("AAMC") to dismiss all claims asserted against it pursuant to Fed. R. Civ. P. 8 and 12(b)(6).

Generously construed, plaintiff Walter R. Karpinia's Amended Complaint alleges violations by AAMC of the following laws:  the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 631; the Human Rights Act of the District of Columbia, D.C. Code 2-1402 ("DCHRA"); the Sherman Antitrust Act, 15 U.S.C. § 1; and federal immigration law, 8 U.S.C. § 1182 and 29 C.F.R. § 655.705.  *See* Complaint ¶¶ 2, 28, 29.  His complaint, however, contains little more than "unadorned, the-defendant-unlawfully-harmed-me" accusations. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).  There are insufficient factual allegations to support any plausible claim that AAMC violated any of the statutes recited by Karpinia, *see id.*, and the Court dismisses the claims asserted against AAMC on this basis.

Mr. Karpinia's claims must be dismissed for the additional reason that he has failed to state a claim against AAMC for which relief can be granted.  Specifically, his claims fail because:  (1) there is no allegation that AAMC is Karpinia's employer; therefore, AAMC cannot

- 2 -

be liable to Karpinia under the ADEA or the DCHRA; (2) Karpinia's claim that AAMC's alleged participation in the Match program violates federal antitrust law is foreclosed by a federal statute, 15 U.S.C. § 57b, which provides that sponsoring, conducting, or participating in the Match program does not constitute a violation of antitrust laws; and (3) there is no private right of action for alleged violations of 8 U.S.C. § 1182(n).

Accordingly, it is hereby ORDERED that plaintiff's claims against AAMC are DISMISSED WITH PREJUDICE.

Dated: _____

_____
United States District Judge