CO-386-online
10/03

# United States District Court
# For the District of Columbia

Walter R. Karpinia, )
 )
 )
 )
         vs            Plaintiff )    Civil Action No. 1:14-cv-00349-CKK
 )
American Association of Medical )
Colleges et al., )
 )
         Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for the Assoc. of American Medical Colleges certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Association of American Medical Colleges which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

366757
BAR IDENTIFICATION NO.

Robert A. Burgoyne
Print Name

801 Pennsylvania Avenue, NW
Address

Washington, DC 20004
City         State         Zip Code

202-662-4513
Phone Number