UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALTER R. KARPINIA,

    Plaintiff,

v.

AMERICAN ASSOCIATION OF
MEDICAL COLLEGES, *et al.*,

    Defendants.

Civil Action No. 14-349 (CKK)

**ORDER**
(June 13, 2014)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 13th day of June 2014, hereby

**ORDERED** that Defendants' [10] Motion to Dismiss is GRANTED; it is further

**ORDERED** that this case shall be DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

*This is a final appealable Order.*

                                                  /s/
                                    **COLLEEN KOLLAR-KOTELLY**
                                    United States District Judge